# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **SINGAPORE ASAHI CHEMICAL & SOLDER INDUSTRIES PTE LTD.**, | ) ) ) | **CASE NO. 1:18CV01662** |
| **Plaintiff,** | ) ) ) | **JUDGE JAMES S. GWIN** |
| vs. | ) ) | **ORDER OF RECUSAL** |
| **APPLE INC.**, | ) ) ) | |
| **Defendant.** | ) | |

I hereby disqualify myself from proceedings in this case pursuant to 28 U.S.C. §455.

This case is returned to the Clerk of Court for reassignment.

**IT IS SO ORDERED.**

Dated: July 19, 2018      *s/      James S. Gwin*
                          JAMES S. GWIN
                          UNITED STATES DISTRICT JUDGE