UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

SINGAPORE ASAHI CHEMICAL &  )
SOLDER INDUSTRIES PTE, LTD.,  )
                                           )
      Plaintiff,          )    CASE NO.1:18 CV 1662
                                           )
                                           )    JUDGE DONALD C. NUGENT
                                           )
      vs.                )    <u>DISMISSAL ORDER</u>
                                           )
APPLE INC.,                   )
                                           )
      Defendant.      )

The parties in this have agreed that a stay is warranted pending the completion of an Inter Partes Review of the subject claim before the Patent Trial and Appeal Board ("PTAB"). (ECF #40, 42). Plaintiff's request for Inter Partes Review was filed on November 30, 2018. According to the Plaintiff, the requested stay could be as long as two years, depending on how the issue proceeds at the PTAB. Therefore, in lieu of issuing a stay, the Court hereby dismisses this case without prejudice, and grants Plaintiff leave to re-file, if necessary, within thirty days after the Inter Partes Review process is complete. IT IS SO ORDERED.

                                                           */s/ Donald C. Nugent*
                                                           DONALD C. NUGENT
                                                           United States District Judge

DATED: *January 2, 2019*