IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SINGAPORE ASAHI CHEMICAL & SOLDER INDUSTRIES PTE LTD, | ) ) ) |
| Plaintiff, | ) CASE NO. 1:18-CV-01662-DCN ) |
| vs. | ) JUDGE DONALD C. NUGENT ) |
| APPLE INC., | ) ORDER CLARIFYING ) DISMISSAL ORDER |
| Defendant. | ) ) |

Pursuant to the Court's January 2, 2019 Dismissal Order ("Dismissal Order") (ECF #43), the Court "dismisse[d] this case without prejudice, and grant[ed] Plaintiff leave to re-file, if necessary, within thirty days after the Inter Partes Review process is complete." The Court clarifies that the Court grants Plaintiff leave to re-open the present case, if necessary, within thirty days after the Inter Partes Review process is complete. IT IS SO ORDERED.

                                                                              /s/ DONALD C. NUGENT, USDJ
                                                                              DONALD C. NUGENT
                                                                              United States District Judge

DATED: January 14, 2019